

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-18-00234-CV

| | | |
|---|---|---|
| IN THE ESTATE OF JENNIE M. STOKES, DECEASED | § | On Appeal from the Probate Court |
| | § | of Denton County (PR-2009-00220-02) |
| | § | August 28, 2019 |
| | § | Opinion by Justice Kerr |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. It is ordered that the judgment of the trial court is reversed and the case is remanded to the trial court for a new trial.

It is further ordered that Appellee Mayrita J. Roberts Hillman, as Executor of the Estate of Jennie M. Stokes, Deceased, shall pay all of the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By _/s/ Elizabeth Kerr_____
Justice Elizabeth Kerr